

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Rhonda Kay Rosales,                    * From the 104th District Court
                                         of Taylor County,
                                         Trial Court No. 20129B.

Vs. No. 11-18-00107-CR                 * August 30, 2018

The State of Texas,                    * Per Curiam Memorandum Opinion
                                         (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J.,
                                         sitting by assignment)
                                         (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $438 fine, and we dismiss the appeal.